UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-10267-GAO

FRANK LOPEZ, a Minor, By and Through His Guardian Ad Litem, Nora Kane, Esq.,
and LOUIS LOPEZ
Plaintiffs,

v.

HOME DEPOT, INC., and W. M. BARR & COMPANY, INC.,
Defendants.

ORDER
November 22, 2017

O'TOOLE, D.J.

Pending before this Court are the plaintiff's motions to compel. (dkt. nos. 41–44.) After review, the motions are resolved as follows:

Plaintiff's Motion to Compel Further Answers to Plaintiff's Document Requests by Defendant W. M. Barr & Company, Inc., (dkt. no. 43), is DENIED.

The other motions are GRANTED as set forth below and otherwise DENIED:

1. Defendant Barr is ordered to further supplement its responses to interrogatories 8(b)–(d), 9 (identify persons with relevant knowledge), and 11. (Mot. to Compel Further Answers to Pl.'s Interrogs. by Def. W. M. Barr & Co., Inc. (dkt. no. 41).)

2. Defendant Home Depot is ordered to supplement its responses to interrogatories 1, 3 (completely identify "Diane"), 5, 10, and 13. (Mot. to Compel Further Answers to Pl.'s Interrogs. by Def. Home Depot USA Inc. (dkt. no. 42).)

3. Defendant Home Depot is ordered to supplement its responses to document requests 6, 61, 62, 74, 75, 77, 80, and 82. (Mot. to Compel Further Answers to Pl.'s

Doc. Reqs. by Def. Home Depot USA Inc. (dkt. no. 44).)

It is SO ORDERED.

/s/ George A. O'Toole, Jr.<br>United States District Judge